**HP LaserJet Pro MFP M428fdn**

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Apr 18 | 4:41pm | Fax Sent | 12154402606 | 2:09 N/A | 3 | OK |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### CHARGE OF DISCRIMINATION

RECEIVED
FEB 18 2025
Philadelphia - EEOC District Office

EEOC Form 5A (August 2023)

For Official Use Only – Charge Number:
530-2025-05066

| | |
|---|---|
| **Personal Information** | First Name: David    MI: S    Last Name: Riesenberg<br>Address: 11 E. Ruddrow Ave    Apt.: 28<br>City: Maple Shade    County: Burlington    State: NJ    Zip Code: 08052<br>Phone: (609) 330-5444    Home ☐ Work ☒ Cell ☒ Email: DRSadopy866 small com |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: Live Casino 0 and Hotel<br>Address: 900 Packer Ave<br>City: Phildelphia    State: PA    Zip Code: 19148    Phone: 833472-5483    Suite: |
| **Why you think you were discriminated against?** | Race ☒    Color ☒    Religion ☒    Sex ☐    National Origin ☐    Age ☐    Pregnancy ☐<br>Disability ☐    Genetic Information ☐    Retaliation ☒    Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: July 19, 2024<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br><br>I had cut my hand with a knife and went to go wrap it up. while doing so I passed out so all was called and the emt that came out fought with me and accused me of a racal stament |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: David S Riesenberg    Date: 02/18/2025 |

# PRE-CHARGE INQUIRY

For Official Use Only – Inquiry Number:
530-2025-05066

Thank you for contacting the U.S. Equal Employment Opportunity Commission ("EEOC"). The information you give us on this Pre-Charge Inquiry (Form 290A) will help us assist you and determine if your concerns are covered by the employment discrimination laws we enforce. Answer all questions completely and briefly. Please write clearly.

After completing this Pre-Charge Inquiry, **return it immediately** to the EEOC office identified in the cover letter to this Pre-Charge Inquiry, or to the receptionist if you are completing this Pre-Charge Inquiry in an EEOC office.

Please note: **This Pre-Charge Inquiry is not a Charge of Discrimination.**

The Pre-Charge Inquiry is **not intended** for use by applicants for federal jobs or employees of the US government. See http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm for discrimination complaints in federal jobs.

**Personal Information**

First Name: David   MI: S   Last Name: Riesenberg

Address: 11 E. Rudderow Ave   Apt.: 2B

City: Maple Shade   County: Burlington   State: NJ   Zip Code: 08052

Email: Drsnoopy866gmail.om   Home Phone: (609) 330-5414   Cell: (609) 330-5414

What is the best way to reach you? Cell or email or Reg, mail

What are the best days and times to reach you? anytime

Date of Birth: 06/23/1986   Sex: ☒ Male ☐ Female ☐ X (unspecified or another gender identity)

Do you need language assistance? ☐ Yes ☒ No

If so, what do you need? To frle charges against the casino and the P.A. fire dept for securing me of raising a charge that were Never paid

General information about you that will help us to serve all individuals better:

i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your race? Choose all that apply: ☐ American Indian or Alaskan Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☒ White

iii. What is your National Origin or ancestry? _____

**Who can we contact if we are unable to reach you?**

Name: Rhonda Riesenberg   Relationship: mom

Address: 24 Coach Lane   City: Cherry Hill   State: NJ   Zip Code: 08002

Email: _____   Home Phone: (856) 482-6421   Cell: (___) _____

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION.**

4/8/2025
@ 1015
phone

pdocontact
@eeoc.gov.

267-589-
9700

EEOC
Front Desk

| Who do you think discriminated against you? | ☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other |
|---|---|

Name of organization where you work(ed) or applied to: _Live! Casino_
_and hotel @ Center_
Address: _900 packer Ave_ Suite: _
City: _Philadelphia_ County: _____ State: _PA_ Zip Code: _19148_

Organization Headquarters, if different from above:

Name: _____
Address: _____ Suite: _____
City: _____ County: _____ State: ____ Zip Code: _____
Name of Human Resources Director or Owner: _____
Email: _____ Phone: (___)_____

How many employees (estimated) does the organization have at all locations?  Check one:
☐ Less than 15    ☐ 15-100    ☐ 101-200    ☐ 201-500    ☒ More than 500

---

**Why do you think you were discriminated against?**

You believe you were discriminated against because of:

☒ Race – Your race: _____
☒ Color – Your color: _____
☒ Religion – Your religion: _____
☐ Sex (including pregnancy, gender identity, or sexual orientation)
☐ National origin – Your national origin: _____
☐ Age (40 or older) – Your age at the time of the job action: _____
☐ Disability – Check all that apply:

    ☐ You have a disability
    ☐ You had a disability in the past
    ☐ You don't have a disability but you are treated as if you have a disability
    ☐ You are closely related to or associated with a person with a disability

What is the disability? _____

Is your employer aware of the disability?    ☐ Yes    ☐ No    If yes, how?
_____

☐ Genetic information (including your genetic information, your family medical history, or your participation in genetic services like counseling, education, or testing)

☐ Retaliation – Check all that apply:

    ☒ You filed a charge of job discrimination
    ☐ You contacted a government agency to complain about job discrimination
    ☐ You complained to your employer about job discrimination
    ☐ You helped or were a witness in someone else's complaint about job discrimination
    ☐ You requested an accommodation for your disability or religion

☐ None of the above – The reason for this inquiry: _followed the_
_rules had sotter cut with a_
_knife_

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

_a emt came to check me out_
_and accused me of ~~using~~ a Racist remark_
_but no it was to_

| What happened to you that you think was discriminatory and when did it happen? | Date: 07/19/2024 Action: I had gotten cut with a knife & emp accused me of saying some NS racial but Nothing was said |
|---|---|
| | Date: 07/19/2024 Action: |
| | Name and Title of Person(s) Responsible: _____ |
| What reason(s) were you given for this job action? | Reason(s) N/A Nothing was done to resolve the issue |
| | Who told you this? the human resources Job Title: Line coak |

**Was another person in the same or similar situation treated the same, better, or worse than you?**
EXAMPLES: Who else applied for the same job? Who else had the same attendance record? Who else had the same performance appraisal?

| | |
|---|---|
| **Who was treated BETTER than you?** | 1. Name: _____ Job Title: _____ |
| | Email/Phone: _____ Check how they are different from you: |
| | ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☑ Disability |
| | How were they treated better? _____ |
| | _____ Date: ___/___/_____ |
| | 2. Name: _____ Job Title: _____ |
| | Email/Phone: _____ Check how they are different from you: |
| | ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability |
| | How were they treated better? _____ |
| | _____ Date: ___/___/_____ |
| **Who was treated WORSE than you?** | Name: _____ Job Title: _____ |
| | Email/Phone: _____ Check how they are different from you: |
| | ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability |
| | How were they treated worse? _____ |
| | _____ Date: ___/___/_____ |
| **Who was treated the SAME as you?** | Name: _____ Job Title: _____ |
| | Email/Phone: _____ Check how they are different from you: |
| | ☐ Race  ☐ Color  ☐ Religion  ☐ Sex  ☐ National Origin  ☐ Age  ☐ Disability |
| | How were they treated the same? _____ |
| | _____ Date: ___/___/_____ |

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| | |
|---|---|
| Are there any witnesses to any of the job actions taken against you? If yes, please provide their contact information and tell us what they will say. | 1. Name: _Vee_   Job Title: _Assistant Manager_<br>Email: _____ N/A _____ Phone: ( ___ ) _____<br>What will they tell us? _Hard working employee always was able to go above and beyond + help out in any way possible_<br><br>2. Name: _Kashi_   Job Title: _Waiter_<br>Email: _____ N/A _____ Phone: _267 990 3215_<br>What will they tell us? _Hard working employee who got along with every employee there and went above and beyond every shift that loved his job._ |
| Have you already filed a charge on this matter with the EEOC? | ☐ Yes  ☒ No<br><br>If yes: Date you filed: ___/___/_____ Charge Number: _____ |
| Have you filed a complaint on this matter with another agency? | ☐ Yes  ☒ No<br><br>If yes: Agency name: _____<br>Date you filed: ___/___/_____ Complaint Number: _____ |
| Do you have someone representing you in this matter? | ☐ Yes  ☐ No<br>If yes: ☒ Attorney  ☐ Union  ☐ Other<br>Name: _____ Date of Contact: ___/___/_____<br>Email: _____ Phone: _610 533-0911_ |
| Privacy Act Statement | This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are: 1) EEOC PRE-CHARGE INQUIRY, FORM 290A, ISSUED APRIL 2018. 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PRINCIPAL PURPOSE. The purpose of this form is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge counseling, if appropriate. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's assessment of your situation. It is not mandatory that this form be used to provide the requested information. EEOC Pre-Charge Inquiry, Form 290A, issued April 2018. |

Please note: You must file a charge of job discrimination within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located where a state or local government agency enforces job discrimination laws on the same bases as the EEOC's laws. **This Pre-Charge Inquiry is not a charge.** If you would like to file a charge of discrimination immediately, contact the EEOC office on the cover letter. We recommend that you keep a copy of your completed Pre-Charge Inquiry and the Cover Letter for your records.

**THIS PRE-CHARGE INQUIRY IS NOT A CHARGE OF DISCRIMINATION**

| 02/17/2025 | Hours Missed | DoorDash Inc | Completed | Deductible |
| 02/12/2025 | Back dated claim | N/A | Completed | Denied 11/17/2024 - 12/14/2024 |
| 01/26/2025 | Hours Missed | DoorDash Inc | Completed | Deductible |
| 01/02/2025 | Back dated claim | N/A | Completed | Denied 9/29/2024 - 11/2/2024 |



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# WHAT YOU SHOULD KNOW ABOUT FILING AN EEOC CHARGE

## WHAT DOES THE EEOC DO?

The EEOC is a law enforcement agency that investigates or looks into claims that employers, employment agencies or labor organizations discriminated against employees or applicants because of their race, color, religion, sex (including pregnancy, transgender status, and sexual orientation), national origin, age (40 or older), disability, or genetic information. The EEOC often tries to settle charges with the help of a mediator. Sometimes, the EEOC takes cases to court. The EEOC does not charge a fee to investigate, mediate, or litigate charges. The EEOC also educates the public about job discrimination.

## HOW TO FILE A CHARGE OF EMPLOYMENT DISCRIMINATION

If you think you have experienced job discrimination, we encourage you to use our Online Public Portal at https://publicportal.eeoc.gov. To use the online system, you must have Internet access and an email address. EEOC's Public Portal asks you a few questions to help determine whether EEOC is the right federal agency to handle your complaint. If so, you can then submit an inquiry online and schedule an interview with an EEOC representative to discuss the details of your situation. In our experience, an interview helps individuals make more informed decisions about whether to file a charge. A Charge of Discrimination can be completed through our online system after we interview you. Once a Charge of Discrimination has been signed, you can upload any evidence you have to your case.

You may also file a charge of employment discrimination at the EEOC office closest to where you live or work, or at any one of the EEOC's 53 field offices. Offices may not always be able to interview you on the same day you walk-in. Please check https://www.eeoc.gov/field/ for information about the walk-in hours of the office closest to you.

## WHAT IS A CHARGE?

A charge is a signed, written complaint about a job action you believe was based on race, color, religion, sex, national origin, age, disability, or genetic information that asks the EEOC or a state or local government agency with similar laws to take action to remedy the discrimination. You have the right to file a charge of job discrimination to keep your right to file in federal court. After your interview, EEOC will help you prepare your charge and sign it electronically.

## IS THERE A TIME LIMIT TO FILE A CHARGE?

You have either 180 or 300 days from the day you knew about the job action to file a charge. It depends on whether the employer is located in an area where a state or local government agency has laws similar to the EEOC's laws. We can help you figure out how much time you have. Act quickly to keep your rights by signing and filing a timely charge. Your signed charge is filed when EEOC receives it.

## WHAT TO DO IF YOU WOULD LIKE ASSISTANCE DURING YOUR INTERVIEW

You can bring your lawyer to your interview, although you don't have to hire a lawyer to file a charge.

The EEOC is unable to provide a lawyer for you and cannot pay for the cost of your lawyer. An interview may be conducted via telephone or in-person. If you need an accommodation or assistance during the interview, like an accommodation for a disability, or assistance with a sign language interpreter or another language interpreter, let us know ahead of time so we can arrange for the accommodation or interpreter to be available during the interview.

## WHAT HAPPENS WHEN YOU FILE A CHARGE?

When you file a charge, the EEOC must give the employer accused of discrimination a copy of the charge, which includes your name and your claims of discrimination. If you contact the EEOC but decide not to file a charge, we will not tell the employer that you contacted us. If you do not file a charge, you will not be able to file suit in federal court based on the laws we enforce, with one exception: individuals with Equal Pay Act (EPA) claims may go to court without filing a charge but must do so within two years of the negative job action. If the EEOC does not have jurisdiction, or if your charge is untimely, we will close the investigation of your charge quickly. We may also close your charge if we decide that it is unlikely we will be able to determine that the law was violated. Then we will give you a notice of your right to file suit in federal court within 90 days. If we do not close your charge quickly, we may send it to mediation or to investigation.

EEOC typically receives about 70,000 charges of discrimination from workers out of more than 700,000 contacts seeking information and assistance every year. Although EEOC is able to address thousands of complaints, the agency cannot remedy every potential violation of the federal discrimination laws. Recognizing this, Congress gave workers the right to file lawsuits in court after first allowing EEOC the opportunity to investigate the charge.

## WHAT IS MEDIATION?

Before we look into your claims, the EEOC sometimes asks if you and the employer would like to try to settle your case with the help of a mediator. Both you and the employer must agree to mediate for mediation to occur. The mediator does not decide who is right or wrong. Instead, the mediator tries to help you and the employer settle your claims. What you talk about in mediation is private. If you and the employer agree to settle your case, the EEOC will close your case. If you and the employer do not agree to settle your case, we will send your case to investigation.

If your charge is not otherwise resolved, the EEOC will assign an investigator as soon as we can to look into your claims. The investigator is neutral and does not take sides. The investigator may ask you for the names of people who have information about your claims of discrimination and may talk to some or all of them. You should give the investigator anything you have in writing that helps to prove your claims. The investigator will usually ask the employer to tell their side of the story as well and ask for your response. We may also request a written position statement from the employer. If so, you may request to have a copy of the employer's position statement. You will have an opportunity to respond to the position statement.

sion in your case of the information we have does appear to be in violation of the laws enforced by EEOC, the EEOC may stop investigating and close your case. The time it takes to resolve a charge can vary greatly, depending on the facts of the case and the size of our workload. It may take six to nine months or even longer to process your charge.

## CAN YOU FILE A LAWSUIT BEFORE WE FINISH OUR INVESTIGATION?

If you want to file a lawsuit in federal court before we finish our investigation, you may ask us in writing for a notice of your right to sue. If you ask more than 180 days after filing a charge, the law requires us to give it to you. If you ask before 180 days have passed, we can give you the notice only if we cannot finish our investigation within 180 days. In most cases, once we give you a notice of your right to sue, we close the case. You have to file a charge of job discrimination to keep your right to file in federal court. (EPA/ADEA) If you file an age discrimination charge, however, you can file a suit in court without the notice 60 days after filing a charge. An individual with an EPA claim may go to court directly without filing a charge.

## WHAT HAPPENS AFTER THE INVESTIGATION?

After we finish looking into your claims, we let you and the employer know what we decide. Sometimes, the information is not enough to show that the employer violated the law. In that case, we will dismiss your charge and give you a notice of your right to file suit in federal court within 90 days. If you do not file a suit within 90 days, you will lose your right to sue in court. When the information shows that the employer violated the law, we try to settle the case in conciliation.

## WHAT IS CONCILIATION?

When the EEOC determines that the employer violated the law, we invite you and the employer to try to settle the case. If the EEOC, you, and the employer agree on how to settle your case, we will close the case. If the EEOC, you, and the employer do not agree, we will decide whether to file a lawsuit in federal court or whether to provide you with a notice of your right to sue so that you can file your own lawsuit. You then have 90 days to file suit in federal court.

## WHEN DOES THE EEOC LITIGATE?

In some cases, when the EEOC determines that the employer violated the law and we have been unable to reach a voluntary settlement, we file a lawsuit in federal court. When the EEOC decides whether to file a lawsuit, we look at how serious the violation is, what the legal issues are, and whether other people would benefit from the lawsuit. If we decide not to sue in your case, we will give you a right to sue letter so that you can file your own lawsuit in court. You then have 90 days to file suit.

## IS RETALIATION AGAINST THE LAW?

It is against the law for an employer to retaliate against you because you complained about job discrimination, because you gave evidence in a job discrimination matter, or because you filed a charge of job discrimination with the EEOC. If this happens to you, you should contact us as soon as possible to talk about whether you should file a retaliation charge.

Once you file a charge with the EEOC, you must tell us if you move or get a new phone number or email address. We may need to talk to you to get more information. If the EEOC cannot reach you to get necessary information, your charge may be dismissed.

## KEEP YOUR DOCUMENTS — BOTH PAPER AND ELECTRONIC

If you file a charge, you must keep anything that might be evidence related to your charge. We are required by the courts to ensure that all potentially relevant information is retained. Lost evidence may make it difficult to prove your claim. Keep electronic evidence like text messages, social media posts, photos, emails, voicemails, videos, calendars, and even memory on laptops, tablets and cellphones. Do not delete your computer hard drive, electronic tablet, or cell phone. Do not change or remove Internet posts, without retaining an electronic copy.

Also keep paper evidence like pay stubs, work schedules, employee manuals, letters, memos, your notes, pictures, drawings, charts, and calendars. Even if you are not sure electronic or paper information is relevant to your discrimination claim, please do not delete it or throw it away.

During an investigation, the EEOC will not disclose information that you provide to the public.

## LOOK FOR A JOB IF YOU ARE OUT OF WORK

If you lost your job or were not hired because of job discrimination, you may be able to recover the pay or wages you lost. But you must show that you looked for another job to receive lost wages. To prove you searched for work, you must keep copies of all electronic and paper information, such as applications, resumes, letters, emails, or other evidence of your job search. If you find a new job but it pays less than the job you lost, you may be entitled to the difference in pay. To show the difference in pay, you must keep electronic and paper evidence such as offer letters, pay stubs, and work schedules. Keep all evidence of your job search even if you find another job.

## DO YOU HAVE MORE QUESTIONS?

You can find the answers to many of your questions on our website, www.eeoc.gov, including whether the EEOC is the right agency to assist you. For more information about filing a charge, see www.eeoc.gov/filing-charge-discrimination. For more information about wage claims, www.eeoc.gov/equal-paycompensation-discrimination.

## DON'T MISS THE FILING DEADLINE

Go to our Online Public Portal at
https://publicportal.eeoc.gov

or call 1-800-669-4000 (Voice), or use our sign language access line 1-844-234-5122 (ASL Video Phone)

www.eeoc.gov



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CHARGE OF DISCRIMINATION (Form 5A)
INSTRUCTION SHEET**

| This Instruction Sheet explains how to complete your charge of discrimination ||
|---|---|
| **What is the EEOC Charge of Discrimination (Form 5A)?** | The EEOC Charge of Discrimination (Form 5A) is a signed document that includes the basis for your claim of employment discrimination, the circumstances of your claim, the name and address of the employer or organization you believe discriminated against you, and a request that the EEOC take action on your claim of employment discrimination. |
| **Why is the EEOC Charge of Discrimination (Form 5A) attached to the EEOC Pre-Charge Inquiry?** | You must file a charge of job discrimination within 180 days from the day you knew the discrimination occurred, or within 300 days if the employer is located where a State or local government agency enforces employment discrimination laws on the same basis as the laws enforced by the EEOC.  The time limits for state laws may differ from federal laws. You can find information about the time limits in your state by following the link to the EEOC office in your area (http://www.eeoc.gov/field/index.cfm) and then viewing the office's information on the timeliness rules for your state or locality and type of claim.  If you do not file a charge of discrimination within the time limits, you will lose your rights.  For more information about the time limits, go to http://www.eeoc.gov/employees/timeliness.cfm. |
| **What do I need to know about completing the Charge of Discrimination (Form 5A)?** | The EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>Your charge should consist of a clear and brief statement of the facts about the alleged unlawful employment action(s), including the date(s) of each employment action taken against you.<br><br>**FOR EXAMPLE:**<br>• "On July 1, 2017, I was denied an accommodation I needed to perform my job";<br>• "On July 1, 2017, I was fired because I was pregnant";<br>• "On July 1, 2017, I was laid off because of my age."<br><br>If you hand-write your charge, it must be legible. |
| **What happens next?** | When we receive your charge, EEOC staff will evaluate your claims to determine if EEOC will ask for additional information or close the charge. EEOC staff will then attempt to contact you to discuss your claims. We will provide more information about the charge process when we talk to you. If you have not heard from us in 30 days, please call the office on the cover letter.  Please keep this Instruction Sheet and the Cover Letter for your records.  Please also keep copies of your completed Charge of Discrimination (Form 5A) and your completed EEOC Pre-Charge Inquiry (Form 290A) for your records. |

Issued October 2017

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

I am writing my appeal to the state on my behalf on the following terms. I was an employee of Live Casino @ Luk Fu and worked here as a full-time cook going above and beyond every day for a year and half. While I was employed with Live Casino the manager Vee asked me to push a tea cart around to serve customers throughout the Casino. While they were playing different table games. I proceeded in doing so and went through with the task at hand. The next day I came back for my shift and I was then told by Robert the assistant. Manager that I was able to do this task because I wasn't of Asian descent. While being there for a year and half I had gotten along with all different kinds of backgrounds and always had respect for everyone throughout the workplace. While working here I got cut with a knife. So they make employees make a report with the security office. So they can record your injury in doing so I passed out in the process because I don't like the sight of blood. So security went to get me orange juice and then decided to call 911 to have me checked out. When the ambulance arrived the employees that came into the casino from the EMT were very rude and asked me why I called 911? The security office responded that they called because it's a procedure to get checked out and if you're ok you get cleared to return to work. While it took me a little time for the color to return back to my face. The EMT began to ask me questions while I began to answer them asking me if my hand was still in tacked. I responded yes. Then she opened up my hand and said it looks like a cut. I responded ok and went to ask them to wrap it up so I could return to work. She began to put her hand on her hip saying we don't do that. Then finally they asked me if I wanted to go to the hospital. I told them no I'm ok just want to return to work and finish my shift. Then the EMT charged at me and told me to watch my mouth. But nothing was said to her in a disrespectful manner. I returned to work the following day and was given a 72 hour suspension notice and wrote up a statement of what had occurred that day.

Going forward from this I asked Human Resource for a sit-down but was denied the opportunity too. While they decided to terminate me on wrongful determination on a hearsay that has no facts to back their own fictitious story.

If you have any further questions or need to reach me I can be reached at (609)330-5414 on my cell phone or by email at Drsnoopy86@gmail.com

Thanks for taking the time to read this letter

David Stephen Riesenberg

To file for Lawsuit against Live Casino and Hotel

David S. Riesenberg

RECEIVED
JUL 30 2025
U.S.C.A. 3rd. CIR

U.S.M.S. X-RAY

U.S.M.S. X-RAY

EEOC Charge Number: 530-2025-05066

Any Questions you can call me at (609) 330-5414